# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Vidal Bandala,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Suchilango LLC,<br><br>　　　　Defendant. | NO. CV-18-02140-PHX-CDB<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Suchilango LLC. Defendant shall pay to Plaintiff as actual liquidated damages the sum of $40,950.00 plus post judgment interest.

　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 18, 2019

　　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　　Deputy Clerk